**KROVATIN & ASSOCIATES, LLC**
744 Broad Street, Suite 1901
Newark, New Jersey 07102
973-424-9777
Attorneys for Defendant

ENTERED ON THE DOCKET 5-23-2002
WILLIAM T. WALSH, CLERK
by (Deputy Clerk)

FILED
MAY 22 2002
AT 8:30 ................ M
WILLIAM T. WALSH
CLERK

2002 MAY 22 P 2:52

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. John W. Bissell, U.S.D.J. |
| Plaintiff, | : | Criminal No. 99-640 (JWB) |
| vs. | : | |
| ROBERT W. LEE, SR., et al. | : | **ORDER MODIFYING CONDITIONS OF BAIL AND RELEASE PENDING APPEAL** |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court by Krovatin & Associates, LLC, attorneys for defendant Robert W. Lee, Sr., and it appearing that the U.S. Attorney's Office and Pretrial Services have consented to this application, and for good cause shown,

**IT IS** on this 21st day of May 2002

**ORDERED** that the conditions of defendant Robert W. Lee, Sr.'s bail and release pending appeal be and they hereby are modified as follows:

(1) Lee, Sr. shall be permitted to travel with his church group on a bus from Piscataway, New Jersey to Niagara Falls, Ontario, Canada between July 11, 2002 and July 14, 2002;

(2) All other conditions of Lee Sr.'s bail and release pending appeal remain in full force and effect.

_____
Honorable John W. Bissell, U.S.D.J.