UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: 99-640-01 |
| v. | O R D E R |
| ROBERT W. LEE, SR. | |

The defendant has filed a motion seeking an early termination of Supervised Release,

It is on the day 10th of MARCH, 2010

ORDERED that defendant's motion for an early termination of Supervised Release is hereby denied.

    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. USCJ.*

*sitting by designation