United States District Court
for the District of New Jersey

_____       :
                                              :
**UNITED STATES OF AMERICA**                  :
    Plaintiff                :       Criminal No.  99-640
                                              :
    vs.                      :       Order of Reassignment
                                              :
**ROBERT W. LEE, SR.**, ET AL.                :
    Defendant                :
_____       :

It is on this 28th day of July 2010,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway to Judge Susan D. Wigenton.


                                                  S/Garrett E. Brown, Jr.
                                       Garrett E. Brown, Jr., Chief Judge
                                       United States District Court